IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   24-cr-290-RMR

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. ROBERT JOSEPH SIMMONS,

   Defendant.

## INFORMATION

The United States Attorney charges:

### Count One

On or about July 13, 2021, within the District of Colorado and elsewhere, the defendant, ROBERT JOSEPH SIMMONS, in interstate and foreign communications, made a telephone call without disclosing his identity and with the intent to threaten and harass a person, namely, the person at the called number.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

MATTHEW KIRSCH
Acting United States Attorney

By: s/ Jena Neuscheler
Jena Neuscheler
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: jena.neuscheler@usdoj.gov
Attorney for Government